ANDREW FAIRBANKS

VERSUS

BROOKE BENINATE

NO. 20-CA-206

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 13, 2021

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Stephen J. Windhorst, and Hans J. Liljeberg

## <u>DENIED WITHOUT REASONS</u>

**SJW**
**JGG**
**HJL**



SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/13/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**20-CA-206**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (District Judge)
Rebecca Huskey (Appellee)          Richard L. Ducote (Appellant)          Alicia Edmond Wheeler (Appellee)

### MAILED

Victora McIntyre (Appellant)
Attorney at Law
318 East Boston Street
2nd Floor
Covington, LA 70433

Terri M. Miles (Appellee)
Attorney at Law
830 3rd Street
Gretna, LA 70053

Honorable Jeffrey M. Landry (Appellee)
Attorney General
Louisiana Department of Justice
1885 North 3rd Street
6th Floor, Livingston Building
Baton Rouge, LA 70802

David J. Smith, Jr. (Appellee)
Assistant District Attorney
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802